IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES W. STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:16cv356-MHT |
| | ) | (WO) |
| ARGOS READY MIX, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal with prejudice (doc. no. 56), it is the ORDER, JUDGMENT, and DECREE of the court that defendant Ronnee J. Pederson and the claims against him are dismissed with prejudice, with defendant Pederson terminated as a party and with the parties to bear their own cost.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 17th day of May, 2017.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE